IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 24-CR-30031 |
| v. ) | 18 U.S.C. § 875(c) |
| ) | |
| SAMUEL J. CUNDARI, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury Charges:

On or about March 17, 2024, in Sangamon County, in the Central District of Illinois and elsewhere,

SAMUEL J. CUNDARI,

knowingly transmitted in interstate commerce an electronic communication to Victim #1 which contained a threat to injure the person of another, "Our patience grows short with you. The day we put your kids feet first into a woodchipper so we can enjoy their last few screams is coming" for the purpose of making a threat and knowing the communication would be viewed as a threat.

All in violation of Title 18, United States Code, Sections 875(c).

A TRUE BILL,

Redacted

FOREPERSON

Redacted

GREGORY K. HARRIS
UNITED STATES ATTORNEY
SES